# ELECTRONIC RECORD

COA # 02-14-00076-CR          OFFENSE: 29.02

STYLE: Anthony Carl Craver v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION: AFFIRM          TRIAL COURT: Criminal District Court No. 4

DATE: 06/25/2015          Publish: NO          TC CASE #: 1272901D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Anthony Carl Craver v. The State of Texas          CCA #: **825-15**

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 10/07/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**